In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-441 CV


____________________



CHRISTUS HEALTH SOUTHEAST TEXAS


d/b/a CHRISTUS ST. ELIZABETH HOSPITAL, Appellant



V.



CHRISTOPHER SHANE HOOD, Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-173903






MEMORANDUM OPINION


 The appellant, Christus Health Southeast Texas d/b/a Christus St. Elizabeth Hospital,
filed a motion to dismiss this appeal. The Court finds that this motion is voluntarily made
by the appellant prior to any decision of this Court and should be granted. Tex. R. App. P.
42.1(a)(1). No other party filed a notice of appeal. The motion to dismiss is granted and the
appeal is therefore dismissed.

 APPEAL DISMISSED. 


 ______________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered March 22, 2007

Before McKeithen, C.J., Gaultney and Horton, JJ.